IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SILICON GRAPHICS, INC.,

    Plaintiff,

v.

ATI TECHNOLOGIES, INC.,
ATI TECHNOLOGIES ULC and
ADVANCED MICRO DEVICES, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 06-cv-611-bbc

This action came before the court and a jury with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants ATI Technologies, Inc., ATI Technologies, ULC and Advanced Micro Devices on plaintiff Silicon Graphics, Inc.'s claims of infringement claims 1-6, 9-12 and 15-18, 22 and 23 of U.S. Patent No. 6,650,327, claims 1, 4-6, 8, 11 and 16 of U.S. Patent No. 6,292,200 and claims 1, 4-9, 11 and 16 of U.S. Patent No. 6,885,376; and in favor of

Judgment in a Civil Case                                                                                                        Page 2

plaintiff Silicon Graphics, Inc. on defendants' counterclaims of invalidity and inequitable conduct on claims 17, 18, 22 and 23 of plaintiff's '327 patent.

Approved as to form this 28th day of March, 2008.

_Barbara B. Crabb_
BARBARA B. CRABB,
DISTRICT JUDGE

_Theresa M. Owens_
Theresa M. Owens, Clerk of Court

MAR 28 2008
Date