**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

-------------------------------------------------------------x
SILICON GRAPHICS, INC.,                          :
                                                 :
            Plaintiff,                           :        Civ. Action No. 06-C-0611-C
                                                 :
      v.                                         :
                                                 :
ATI TECHNOLOGIES, INC.,                          :
ATI TECHNOLOGIES ULC and                         :
ADVANCED MICRO DEVICES, INC.                      :
                                                 :
            Defendants.                          :
-------------------------------------------------------------x

**PLAINTIFF'S MOTION TO DISQUALIFY ROBINS, KAPLAN,**
**MILLER AND CIRESI L.L.P. AS COUNSEL FOR DEFENDANTS**

Plaintiff Graphics Properties Holdings, Inc. ("GPHI")[1] hereby moves the Court to

disqualify Robins, Kaplan, Miller and Ciresi L.L.P. from representing defendants ATI

Technologies, Inc. ("ATI") and Advanced Micro Devices, Inc. ("AMD") in this action.

For the reasons set forth in the accompanying Memorandum in Support of its Motion to

Disqualify Robins, Kaplan, Miller and Ciresi L.L.P. as Counsel for Defendants, SGI respectfully

requests that this motion be granted.

Dated: July 29, 2010                             Respectfully submitted,


                                                  /s/ James M. Bollinger
                                                 Edward J. Pardon
                                                 MERCHANT & GOULD P.C.
                                                 10 East Doty Street, Suite 600
                                                 Madison, WI  53703-3376
                                                 (608) 280-6759 (Telephone)
                                                 (612) 332-9081 (Fax)
                                                 email:  EPardon@merchantgould.com

---

[1]    Silicon Graphics, Inc. ("SGI"), original plaintiff in this action, was renamed Graphics Properties
       Holdings, Inc. last fall.  For consistency, plaintiff will be identified as SGI throughout this brief.


1415147v1

James M. Bollinger
Laura E. Krawczyk
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
(212) 704-6000 (Telephone)
(212) 704-6288 (Fax)
email:
  james.bollinger@troutmansanders.com
  laura.krawczyk@troutmansanders.com

*Attorneys for Plaintiff Graphics Properties Holdings, Inc.* (formerly *Silicon Graphics, Inc.*)

1415147v1

# CERTIFICATE OF SERVICE

I certify that on July 29, 2010, copies of **Plaintiff's Motion to Disqualify Robins,**

**Kaplan, Miller and Ciresi L.L.P as Counsel for Defendants** were served on counsel for

Defendant ATI as follows via ecf and e-mail:

> James D. Peterson
> Bryan J. Cahill
> GODFREY & KAHN, S.C.
> On East Main Street, Suite 500
> Post Office Box 2719
> Madison, WI   53701-2719
> Email: jpeterson@gklaw.com
>            bcahill@gklaw.com
>
> William H. Manning
> Cole M. Fauver
> William A. Webb
> Brian A. Mayer
> ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
> 800 LaSalle Avenue, Suite 2800
> Minneapolis, MN   55402-2015
> Email: whmanning@rkmc.com
>            cmfauver@rkmc.com
>            bamayer@rkmc.com
>            wawebb@rkmc.com

                                                    /s/ James M. Bollinger

1415147v1