# EXHIBIT 1

# MEMORANDUM

| | | |
|---|---|---|
| TO: | Aaron Fahrenkrog | Jeanne Westerlund |
| | Cole Fauver | LeAnn Lind |
| | Andrew Kepper | Brenda Stormoen |
| | Bill Manning | Deb McNeil |
| | Brian Mayer | Theresa Olson |
| | Jennifer McKenna | Michelle Schroeder |
| | Diane Simerson | Donna LaFrance |
| | Stacey Slaughter | Yolande Hill |
| | Amy Slusser | Rachelle Ricke |
| | David Swenson | Lila Zimmerman |
| | Sam Walling | Denise Phillips |
| | Bill Webb | (Rachelle) |
| | Jake Zimmerman | (Deb) |
| | Nyah Hart | Sandi Poppen |
| | Tony Hoppa | |
| | Jim Jadwin | Connie Marquardt |
| | Kay Kelly | Maggie Boesel |
| | Todd Klukow | Lori Buck |
| | Sandy Ottley | |
| | David Leichtman – New York | |
| FROM: | Barbara P. Lowe | |
| DATE: | January 11, 2010 | |
| RE: | ETHICAL WALL: Silicon Graphics, Inc. v ATI Technologies, et al Our File No. :124318-0001 | |

Ladies and Gentlemen:

    All of you listed in the top portion of the TO: column have worked on the file, Silicon Graphics, Inc. v ATI Technologies, et al, our file number 124318-0001, on behalf of ATI Technologies ULC, the former entity ATI Technologies, Inc. and Advanced Micro Devices, Inc. This matter is currently on appeal before the Federal Circuit.

    The firm has extended an offer of partnership to Mr. David Leichtman, currently with the firm Lovells LLP. Mr. Leichtman has accepted our offer, and expects to join the firm in the next few weeks.

    We have learned that Mr. Leichtman, while with the firm of Morgan, Lewis & Bockius LLP, had a minor role in 2006-2007 on motion papers on behalf of Silicon Graphics, Inc., in what appears to be the underlying case now before the Federal Circuit. Mr. Leichtman gained no

Aaron Fahrenkrog
January 11, 2010
Page 2

confidential or inside information about Silicon Graphics, Inc. and had no contact with anyone there during his brief work for Silicon Graphics, Inc.

Mr. Leichtman has advised Troutman Sanders, Silicon Graphics, Inc.'s counsel, of his intent to join our firm and that his prior brief representation of Silicon Graphics, Inc. could be seen as a conflict of interest, given our adverse position to it in our representation of Advanced Micro Devices, Inc. and ATI Technologies ULC. Under the Rules of Professional Conduct, have determined that consent is not required but that we will wall him from the file, Silicon Graphics, Inc. v ATI Technologies, et al, our file number 124318-0001.

Therefore, the following ethical wall shall be established:

| | |
|---|---|
| Aaron Fahrenkrog and his legal administrative assistant | Jeanne Westerlund |
| Cole Fauver and | LeAnn Lind |
| Andrew Kepper and | Brenda Stormoen |
| Bill Manning and | Deb McNeil |
| Brian Mayer and | Theresa Olson |
| Jennifer McKenna and | Michelle Schroeder |
| Diane Simerson and | Donna LaFrance |
| Stacey Slaughter and | Yolande Hill |
| Amy Slusser and | Rachelle Ricke |
| David Swenson and | Lila Zimmerman |
| Sam Walling and | Denise Phillips |
| Bill Webb and | (Rachelle Ricke) |
| Jake Zimmerman and | (Deb McNeil) |
| Nyah Hart and | Sandi Poppen |
| Tony Hoppa | |
| Jim Jadwin and | Connie Marquardt |
| Kay Kelly and | Maggie Boesel |
| Todd Klukow and | Lori Buck |
| Sandy Ottley | |

and any other attorneys or staff members working on the file, Silicon Graphics, Inc. v ATI Technologies, et al, our file number 124318-0001, **ARE PROHIBITED FROM** discussing this case with or in the presence of David Leichtman. Nor shall they inquire of David Leichtman as to any information he may recall about Silicon Graphics, Inc. from his days at Morgan, Lewis & Bockius LLP.

David Leichtman **IS PROHIBITED FROM** becoming involved in or participating in the handling of, or having access to the physical or electronic sections of the file, Silicon Graphics, Inc. v ATI Technologies, et al, our file number 124318-0001. Nor shall he inquire of those attorneys and staff members listed above as members of the Silicon Graphics, Inc. v ATI Technologies, et al team, as to the status of that matter or any party involved in it. Finally, David Leichtman shall not offer to any Robins, Kaplan, Miller & Ciresi L.L.P. attorney or staff member


Aaron Fahrenkrog
January 11, 2010
Page 3

any information about Silicon Graphics, Inc. which he may have learned while with the firm Morgan, Lewis & Bockius LLP.

All sections of the file, <u>Silicon Graphics, Inc. v ATI Technologies, et al</u>, our file number 124318-0001, shall be marked, with access to them by David Leichtman prohibited.

BPL    *[signature]*

cc:   Records Dept.
      David Beehler
      Marty Lueck
      Dan Olynick