IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SILICON GRAPHICS, INC.,

                  ORDER

      Plaintiff,

                  06-C-611-C

  v.

ATI TECHNOLOGIES, INC.,
ATI TECHNOLOGIES, ULC and
ADVANCED MICRO DEVICES, INC.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  IT IS ORDERED that plaintiff Silicon Graphics, Inc.'s motion to disqualify Robins, Kaplan, Miller and Ciresi LLP as counsel for defendants, dkt. #633, and defendants ATI Technologies, Inc.'s, ATI Technologies, ULC's and Advanced Micro Devices, Inc.'s motion for oral argument, dkt. #670, are STAYED until the United States Court of Appeals for the Federal Circuit decides the pending motion for rehearing and issues its mandate.

  Entered this 7th day of September, 2010.

                BY THE COURT:
                /s/
                BARBARA B. CRABB
                District Judge