# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| SILICON GRAPHICS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | )  Case No.   06-CV-0611-BBC |
| v. | ) |
| | )  The Honorable Barbara B. Crabb |
| ATI TECHNOLOGIES, INC., | ) |
| ATI TECHNOLOGIES ULC and | ) |
| ADVANCED MICRO DEVICES, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

# DEFENDANTS' PROPOSED SPECIAL VERDICT FORM

# INFRINGEMENT PHASE

## **INTRODUCTION**

AMD presents the attached verdict form for the infringement phase of the case based on the jury questions currently at issue.  The verdict form does not include questions on equitable and legal issues that AMD understands will be tried to the Court. The equitable issue of judicial estoppel may be tried before presentation of any evidence to the jury, as it is a case-dispositive issue.

Other issues may be tried to the Court after the jury trial, including damages. AMD requests the Court's guidance on the order of trial and the issues to be presented to the jury.  AMD will submit a revised proposed verdict form in response to the Court's direction.

AMD will also submit a revised proposed verdict form if the Court's rulings limit the jury questions at issue.

We, the jury in the above entitled action, find the following special verdict on the following questions submitted to us:

## U.S. PATENT NO. 6,650,327 (THE '327 PATENT)

## I.    INFRINGEMENT

**Question No. 1:** Has SGI proved, by a preponderance of the evidence, that a third party has infringed one or more claims of the '327 patent by <u>direct</u> infringement by making, using, selling, offering for sale in the United States, or importing into the United States, a computer system that includes an R3xx series product?

Yes_____      No_____

*If you answered "No" to Question No. 1, skip Question No. 2 and proceed to Question No. 3.*

**Question No. 2:** If the answer to Question No. 1 is "Yes," with respect to the R3xx series products, which claim(s) of the '327 patent has SGI proved, by a preponderance of the evidence, that a third party has infringed by <u>direct</u> infringement?

_____ Claim 2      _____ Claim 3

**Question No. 3:** Has SGI proved, by a preponderance of the evidence, that a third party has infringed one or more claims of the '327 patent by <u>direct</u> infringement by making, using, selling, offering for sale in the United States, or importing into the United States, a computer system that includes an R4xx series product?

Yes_____      No_____

*If you answered "No" to Question No. 3, skip Question No. 4 and proceed to Question No. 5.*

**Question No. 4:** If the answer to Question No. 3 is "Yes," with respect to the R4xx series products, which claim(s) of the '327 patent has SGI proved, by a preponderance of the evidence, that a third party has infringed by <u>direct</u> infringement?

_____ Claim 2      _____ Claim 3

**Question No. 5:** Has SGI proved, by a preponderance of the evidence, that a third party has infringed one or more claims of the '327 patent by <u>direct</u> infringement by making,

3

using, selling, offering for sale in the United States, or importing into the United States, a computer system that includes an R5xx series product?

Yes_____   No_____

*If you answered "No" to Question No. 5, skip Question No. 6 and proceed to Question No. 7.*

**Question No. 6:** If the answer to Question No. 5 is "Yes," with respect to the R5xx series products, which claim(s) of the '327 patent has SGI proved, by a preponderance of the evidence, that a third party has infringed by <u>direct</u> infringement?

_____ Claim 2       _____ Claim 3       _____ Claim 5       _____ Claim 6

**Question No. 7:** Has SGI proved, by a preponderance of the evidence, that a third party has infringed one or more claims of the '327 patent by <u>direct</u> infringement by making, using, selling, offering for sale in the United States, or importing into the United States, a computer system that includes an R6xx series product?

Yes_____   No_____

*If you answered "No" to Question No. 7, skip Question No. 8 and proceed to Question No. 9.  If you answered "No" to all of Question Nos. 1, 3, 5, and 7, skip Questions 8 through 21.*

**Question No. 8:** If the answer to Question No. 7 is "Yes," with respect to the R6xx series products, which claim(s) of the '327 patent has SGI proved, by a preponderance of the evidence, that a third party has infringed by <u>direct</u> infringement?

_____ Claim 2       _____ Claim 3       _____ Claim 4

_____ Claim 5       _____ Claim 6

**Question No. 9:** If the answer to any of Question Nos. 1, 3, 5, or 7 is "Yes," identify, for each product, which claims of the '327 patent a third party has infringed by <u>direct</u> infringement.

| Product | Claims |
|---|---|
| All-in-Wonder 2006 Edition | |
| All-in-Wonder 2006 PCI Express | |

4

| Product | Claims |
|---|---|
| FireGL T2 | |
| FireGL V3100 | |
| FireGL V3200 | |
| FireGL V3300 | |
| FireGL V3350 | |
| FireGL V3400 | |
| FireGL V3600 | |
| FireGL V5000 | |
| FireGL V5100 | |
| FireGL V5200 | |
| FireGL V5300 | |
| FireGL V5600 | |
| FireGL V7100 | |
| FireGL V7200 | |
| FireGL V7200 | |
| FireGL V7300 | |
| FireGL V7350 | |
| FireGL V7400 | |
| FireGL V7600 | |
| FireGL V7700 | |
| FireGL V8600 | |
| FireGL V8650 | |
| FireGL X1 | |
| FireGL X2-256 | |
| FireGL X2-256T | |
| FireGL X3-256 | |
| FireGL Z1 | |
| FireMV 2260 | |
| FirePro 3D V3700 | |
| FireStream 9170 | |

| Product | Claims |
|---------|--------|
| Integrated Mobility Radeon 3200 | |
| Integrated Mobility Radeon 4100 | |
| Integrated Mobility Radeon 4200 | |
| Integrated Mobility Radeon 4225 | |
| Integrated Mobility Radeon 4250 | |
| Integrated Mobility Radeon 4270 | |
| Integrated Mobility Radeon HD 3100 | |
| Integrated Radeon 3000 Graphics (760G Chipset) | |
| Integrated Radeon 3100 Graphics (780V Chipset) | |
| Integrated Radeon HD 3200 Graphics (780G Chipset) | |
| Integrated Radeon HD 3300 Graphics (790GX Chipset) | |
| Integrated Radeon HD 4200 Graphics (785G Chipset) | |
| Integrated Radeon HD 4250 Graphics (880G Chipset) | |
| Integrated Radeon HD 4290 Graphics (890GX Chipset) | |
| Mobility FireGL T2 | |
| Mobility FireGL T2e | |
| Mobility FireGL V3100 | |

| Product | Claims |
|---------|--------|
| Mobility FireGL V3200 | |
| Mobility FireGL V5000 | |
| Mobility FireGL V5100 | |
| Mobility FireGL V5200 | |
| Mobility FireGL V5250 | |
| Mobility FireGL V5600 | |
| Mobility FireGL V5700 | |
| Mobility FireGL V5725 | |
| Mobility FireGL V7100 | |
| Mobility FireGL V7200 | |
| Mobility Radeon 9500 | |
| Mobility Radeon 9550 | |
| Mobility Radeon 9600 | |
| Mobility Radeon 9700 | |
| Mobility Radeon 9800 | |
| Mobility Radeon HD 2300 | |
| Mobility Radeon HD 2400 | |
| Mobility Radeon HD 2400 XT | |
| Mobility Radeon HD 2600 | |
| Mobility Radeon HD 2600 XT | |
| Mobility Radeon HD 2700 | |
| Mobility Radeon HD 3410 | |
| Mobility Radeon HD 3430 | |
| Mobility Radeon HD 3450 | |

| Product | Claims |
|---|---|
| Mobility Radeon HD 3470 | |
| Mobility Radeon HD 3650 | |
| Mobility Radeon HD 3670 | |
| Mobility Radeon HD 3850 | |
| Mobility Radeon HD 3850 X2 | |
| Mobility Radeon HD 3870 | |
| Mobility Radeon HD 3870 X2 | |
| Mobility Radeon X1300 | |
| Mobility Radeon X1350 | |
| Mobility Radeon X1400 | |
| Mobility Radeon X1450 | |
| Mobility Radeon X1600 | |
| Mobility Radeon X1700 | |
| Mobility Radeon X1800 | |
| Mobility Radeon X1900 | |
| Mobility Radeon X300 | |
| Mobility Radeon X600 | |
| Mobility Radeon X700 | |
| Mobility Radeon X800 | |
| Radeon 9500 | |
| Radeon 9550 | |
| Radeon 9600 | |
| Radeon 9700 | |
| Radeon 9800 | |
| Radeon HD 2350 | |
| Radeon HD 2400 Pro | |

| Product | Claims |
|---|---|
| Radeon HD 2400 XT | |
| Radeon HD 2600 Pro | |
| Radeon HD 2600 XT | |
| Radeon HD 2900 GT | |
| Radeon HD 2900 Pro | |
| Radeon HD 2900 XT | |
| Radeon HD 3430 | |
| Radeon HD 3450 | |
| Radeon HD 3470 | |
| Radeon HD 3650 | |
| Radeon HD 3690 | |
| Radeon HD 3830 | |
| Radeon HD 3850 | |
| Radeon HD 3850 X2 | |
| Radeon HD 3870 | |
| Radeon HD 3870 X2 | |
| Radeon X1300 | |
| Radeon X1600 | |
| Radeon X1800 | |
| Radeon X1900 | |
| Radeon X1950 | |
| Radeon X300 | |
| Radeon X550 | |
| Radeon X600 | |
| Radeon X700 | |
| Radeon X800 | |
| Radeon X850 | |
| Radeon Xpress 1100 | |
| Radeon Xpress 200 | |

**Question No. 10:** Has SGI proved, by a preponderance of the evidence, that there are no substantial non-infringing uses for the R3xx series products with respect to any of the claims of the '327 patent?

Yes_____      No_____

*If you answered "No" to Question No. 10, skip Question No. 11 and proceed to Question No. 12.*

**Question No. 11:** If your answer to Question No. 10 is "Yes," for which claim(s) of the '327 patent has SGI proved, by a preponderance of the evidence, the absence of substantial non-infringing uses for the R3xx series products?

_____ Claim 2        _____Claim 3

**Question No. 12:** Has SGI proved, by a preponderance of the evidence, that there are no substantial non-infringing uses for the R4xx series products with respect to any of the claims of the '327 patent?

Yes_____      No_____

*If you answered "No" to Question No. 12, skip Question No. 13 and proceed to Question No. 14.*

**Question No. 13:** If your answer to Question No. 12 is "Yes," for which claim(s) of the '327 patent has SGI proved, by a preponderance of the evidence, the absence of substantial non-infringing uses for the R4xx series products?

_____ Claim 2        _____Claim 3

**Question No. 14:** Has SGI proved, by a preponderance of the evidence, that there are no substantial non-infringing uses for the R5xx series products with respect to any of the claims of the '327 patent?

Yes_____      No_____

*If you answered "No" to Question No. 14, skip Question No. 15 and proceed to Question No. 16.*

**Question No. 15:** If your answer to Question No. 14 is "Yes," for which claim(s) of the '327 patent has SGI proved, by a preponderance of the evidence, the absence of substantial non-infringing uses for the R5xx series products?

10

_____ Claim 2      _____ Claim 3      _____ Claim 5      _____ Claim 6

**Question No. 16:** Has SGI proved, by a preponderance of the evidence, that there are no substantial non-infringing uses for the R6xx series products with respect to any of the claims of the '327 patent?

Yes_____      No_____

*If you answered "No" to Question No. 16, skip Question No. 17 and proceed to Question No. 18.*

**Question No. 17:** If your answer to Question No. 16 is "Yes," for which claim(s) of the '327 patent has SGI proved, by a preponderance of the evidence, the absence of substantial non-infringing uses for the R6xx series products?

_____ Claim 2      _____ Claim 3      _____ Claim 4

_____ Claim 5      _____ Claim 6

*If you answered "No" to all of Question Nos. 10, 12, 14, and 16, skip Questions 18 and 19 and proceed to Question 20.*

**Question No. 18:** Has SGI proved, by a preponderance of the evidence, that AMD/ATI has infringed one or more claims of the '327 patent by <u>contributory</u> infringement?

Yes_____      No_____

*If you answered "No" to Question No. 18, skip Question No. 19 and proceed to Question No. 20.*

**Question No. 19:** If the answer to Question No. 18 is "Yes," identify, for each product, which claims of the '327 patent AMD/ATI has infringed by <u>contributory</u> infringement.

| Product | Claims |
|---|---|
| All-in-Wonder 2006 Edition | |
| All-in-Wonder 2006 PCI Express | |
| FireGL T2 | |
| FireGL V3100 | |
| FireGL V3200 | |

11

| Product | Claims |
|---|---|
| FireGL V3300 | |
| FireGL V3350 | |
| FireGL V3400 | |
| FireGL V3600 | |
| FireGL V5000 | |
| FireGL V5100 | |
| FireGL V5200 | |
| FireGL V5300 | |
| FireGL V5600 | |
| FireGL V7100 | |
| FireGL V7200 | |
| FireGL V7200 | |
| FireGL V7300 | |
| FireGL V7350 | |
| FireGL V7400 | |
| FireGL V7600 | |
| FireGL V7700 | |
| FireGL V8600 | |
| FireGL V8650 | |
| FireGL X1 | |
| FireGL X2-256 | |
| FireGL X2-256T | |
| FireGL X3-256 | |
| FireGL Z1 | |
| FireMV 2260 | |
| FirePro 3D V3700 | |
| FireStream 9170 | |
| Integrated Mobility Radeon 3200 | |
| Integrated Mobility Radeon 4100 | |

| Product | Claims |
|---|---|
| Integrated Mobility Radeon 4200 | |
| Integrated Mobility Radeon 4225 | |
| Integrated Mobility Radeon 4250 | |
| Integrated Mobility Radeon 4270 | |
| Integrated Mobility Radeon HD 3100 | |
| Integrated Radeon 3000 Graphics (760G Chipset) | |
| Integrated Radeon 3100 Graphics (780V Chipset) | |
| Integrated Radeon HD 3200 Graphics (780G Chipset) | |
| Integrated Radeon HD 3300 Graphics (790GX Chipset) | |
| Integrated Radeon HD 4200 Graphics (785G Chipset) | |
| Integrated Radeon HD 4250 Graphics (880G Chipset) | |
| Integrated Radeon HD 4290 Graphics (890GX Chipset) | |
| Mobility FireGL T2 | |
| Mobility FireGL T2e | |
| Mobility FireGL V3100 | |
| Mobility FireGL V3200 | |
| Mobility FireGL V5000 | |
| Mobility FireGL V5100 | |
| Mobility FireGL V5200 | |

| Product | Claims |
|---|---|
| Mobility FireGL V5250 | |
| Mobility FireGL V5600 | |
| Mobility FireGL V5700 | |
| Mobility FireGL V5725 | |
| Mobility FireGL V7100 | |
| Mobility FireGL V7200 | |
| Mobility Radeon 9500 | |
| Mobility Radeon 9550 | |
| Mobility Radeon 9600 | |
| Mobility Radeon 9700 | |
| Mobility Radeon 9800 | |
| Mobility Radeon HD 2300 | |
| Mobility Radeon HD 2400 | |
| Mobility Radeon HD 2400 XT | |
| Mobility Radeon HD 2600 | |
| Mobility Radeon HD 2600 XT | |
| Mobility Radeon HD 2700 | |
| Mobility Radeon HD 3410 | |
| Mobility Radeon HD 3430 | |
| Mobility Radeon HD 3450 | |
| Mobility Radeon HD 3470 | |
| Mobility Radeon HD 3650 | |

| Product | Claims |
|---|---|
| Mobility Radeon HD 3670 | |
| Mobility Radeon HD 3850 | |
| Mobility Radeon HD 3850 X2 | |
| Mobility Radeon HD 3870 | |
| Mobility Radeon HD 3870 X2 | |
| Mobility Radeon X1300 | |
| Mobility Radeon X1350 | |
| Mobility Radeon X1400 | |
| Mobility Radeon X1450 | |
| Mobility Radeon X1600 | |
| Mobility Radeon X1700 | |
| Mobility Radeon X1800 | |
| Mobility Radeon X1900 | |
| Mobility Radeon X300 | |
| Mobility Radeon X600 | |
| Mobility Radeon X700 | |
| Mobility Radeon X800 | |
| Radeon 9500 | |
| Radeon 9550 | |
| Radeon 9600 | |
| Radeon 9700 | |
| Radeon 9800 | |
| Radeon HD 2350 | |
| Radeon HD 2400 Pro | |
| Radeon HD 2400 XT | |
| Radeon HD 2600 Pro | |
| Radeon HD 2600 XT | |

| Product | Claims |
|---|---|
| Radeon HD 2900 GT | |
| Radeon HD 2900 Pro | |
| Radeon HD 2900 XT | |
| Radeon HD 3430 | |
| Radeon HD 3450 | |
| Radeon HD 3470 | |
| Radeon HD 3650 | |
| Radeon HD 3690 | |
| Radeon HD 3830 | |
| Radeon HD 3850 | |
| Radeon HD 3850 X2 | |
| Radeon HD 3870 | |
| Radeon HD 3870 X2 | |
| Radeon X1300 | |
| Radeon X1600 | |
| Radeon X1800 | |
| Radeon X1900 | |
| Radeon X1950 | |
| Radeon X300 | |
| Radeon X550 | |
| Radeon X600 | |
| Radeon X700 | |
| Radeon X800 | |
| Radeon X850 | |
| Radeon Xpress 1100 | |
| Radeon Xpress 200 | |

**Question No. 20:** Has SGI proved, by a preponderance of the evidence, that AMD/ATI has infringed one or more claims of the '327 patent by <u>inducement</u>?

Yes_____     No_____

*If you answered "No" to Question No. 20, skip Question No. 21.*

**Question No. 21:** If the answer to Question No. 20 is "Yes," identify, for each product, which claims of the '327 patent AMD/ATI has infringed by <u>inducement</u>.

| Product | Claims |
|---|---|
| All-in-Wonder 2006 Edition | |
| All-in-Wonder 2006 PCI Express | |
| FireGL T2 | |
| FireGL V3100 | |
| FireGL V3200 | |
| FireGL V3300 | |
| FireGL V3350 | |
| FireGL V3400 | |
| FireGL V3600 | |
| FireGL V5000 | |
| FireGL V5100 | |
| FireGL V5200 | |
| FireGL V5300 | |
| FireGL V5600 | |
| FireGL V7100 | |
| FireGL V7200 | |
| FireGL V7200 | |
| FireGL V7300 | |
| FireGL V7350 | |
| FireGL V7400 | |
| FireGL V7600 | |
| FireGL V7700 | |
| FireGL V8600 | |
| FireGL V8650 | |
| FireGL X1 | |

| Product | Claims |
|---------|--------|
| FireGL X2-256 | |
| FireGL X2-256T | |
| FireGL X3-256 | |
| FireGL Z1 | |
| FireMV 2260 | |
| FirePro 3D V3700 | |
| FireStream 9170 | |
| Integrated Mobility Radeon 3200 | |
| Integrated Mobility Radeon 4100 | |
| Integrated Mobility Radeon 4200 | |
| Integrated Mobility Radeon 4225 | |
| Integrated Mobility Radeon 4250 | |
| Integrated Mobility Radeon 4270 | |
| Integrated Mobility Radeon HD 3100 | |
| Integrated Radeon 3000 Graphics (760G Chipset) | |
| Integrated Radeon 3100 Graphics (780V Chipset) | |
| Integrated Radeon HD 3200 Graphics (780G Chipset) | |
| Integrated Radeon HD 3300 Graphics (790GX Chipset) | |
| Integrated Radeon HD 4200 Graphics (785G Chipset) | |

| Product | Claims |
|---------|--------|
| Integrated Radeon HD 4250 Graphics (880G Chipset) | |
| Integrated Radeon HD 4290 Graphics (890GX Chipset) | |
| Mobility FireGL T2 | |
| Mobility FireGL T2e | |
| Mobility FireGL V3100 | |
| Mobility FireGL V3200 | |
| Mobility FireGL V5000 | |
| Mobility FireGL V5100 | |
| Mobility FireGL V5200 | |
| Mobility FireGL V5250 | |
| Mobility FireGL V5600 | |
| Mobility FireGL V5700 | |
| Mobility FireGL V5725 | |
| Mobility FireGL V7100 | |
| Mobility FireGL V7200 | |
| Mobility Radeon 9500 | |
| Mobility Radeon 9550 | |
| Mobility Radeon 9600 | |
| Mobility Radeon 9700 | |
| Mobility Radeon 9800 | |
| Mobility Radeon HD 2300 | |
| Mobility Radeon HD 2400 | |
| Mobility Radeon HD 2400 XT | |
| Mobility Radeon HD 2600 | |

| Product | Claims |
|---|---|
| Mobility Radeon HD 2600 XT | |
| Mobility Radeon HD 2700 | |
| Mobility Radeon HD 3410 | |
| Mobility Radeon HD 3430 | |
| Mobility Radeon HD 3450 | |
| Mobility Radeon HD 3470 | |
| Mobility Radeon HD 3650 | |
| Mobility Radeon HD 3670 | |
| Mobility Radeon HD 3850 | |
| Mobility Radeon HD 3850 X2 | |
| Mobility Radeon HD 3870 | |
| Mobility Radeon HD 3870 X2 | |
| Mobility Radeon X1300 | |
| Mobility Radeon X1350 | |
| Mobility Radeon X1400 | |
| Mobility Radeon X1450 | |
| Mobility Radeon X1600 | |
| Mobility Radeon X1700 | |
| Mobility Radeon X1800 | |
| Mobility Radeon X1900 | |
| Mobility Radeon X300 | |
| Mobility Radeon X600 | |

| Product | Claims |
| --- | --- |
| Mobility Radeon X700 | |
| Mobility Radeon X800 | |
| Radeon 9500 | |
| Radeon 9550 | |
| Radeon 9600 | |
| Radeon 9700 | |
| Radeon 9800 | |
| Radeon HD 2350 | |
| Radeon HD 2400 Pro | |
| Radeon HD 2400 XT | |
| Radeon HD 2600 Pro | |
| Radeon HD 2600 XT | |
| Radeon HD 2900 GT | |
| Radeon HD 2900 Pro | |
| Radeon HD 2900 XT | |
| Radeon HD 3430 | |
| Radeon HD 3450 | |
| Radeon HD 3470 | |
| Radeon HD 3650 | |
| Radeon HD 3690 | |
| Radeon HD 3830 | |
| Radeon HD 3850 | |
| Radeon HD 3850 X2 | |
| Radeon HD 3870 | |
| Radeon HD 3870 X2 | |
| Radeon X1300 | |
| Radeon X1600 | |
| Radeon X1800 | |
| Radeon X1900 | |
| Radeon X1950 | |

| Product | Claims |
|---|---|
| Radeon X300 | |
| Radeon X550 | |
| Radeon X600 | |
| Radeon X700 | |
| Radeon X800 | |
| Radeon X850 | |
| Radeon Xpress 1100 | |
| Radeon Xpress 200 | |

**Presiding Juror:**_____        **Date:**_____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| SILICON GRAPHICS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.   06-CV-0611-BBC |
| v. | ) | |
| | ) | The Honorable Barbara B. Crabb |
| ATI TECHNOLOGIES, INC., | ) | |
| ATI TECHNOLOGIES ULC and | ) | |
| ADVANCED MICRO DEVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**

**INVALIDITY PHASE**

**INTRODUCTION**

AMD presents the attached verdict form for the invalidity phase of the case based on the jury questions currently at issue.  Other issues may be tried to the Court after the jury trial, including damages.  AMD requests the Court's guidance on the order of trial and the issues to be presented to the jury.  AMD will submit a revised proposed verdict form in response to the Court's direction.

AMD will also submit a revised proposed verdict form if the Court's rulings limit the jury questions at issue.

We, the jury in the above entitled action, find the following special verdict on the following questions submitted to us:

### U.S. PATENT NO. 6,650,327 (THE '327 PATENT)

**II.     AFFIRMATIVE DEFENSE OF INVALIDITY**

**A.     Anticipation**

**Question No. 1:** Has AMD/ATI proved by clear and convincing evidence that one or more asserted claims of the '327 patent are anticipated by the Einkauf '983 patent?

[A "Yes" answer is in favor of AMD/ATI, a "No" answer is in favor of SGI]

Yes_____      No_____

*If you answered "No" to Question No. 1, skip question No. 2 and proceed to Question No. 3.*

**Question No. 2:** If the answer to Question No. 1 is "Yes," which claim(s) of the '327 patent are anticipated by the Einkauf '983 patent?

_____ Claim 5      _____ Claim 6

**Question No. 3:** Has AMD/ATI proved by clear and convincing evidence that one or more asserted claims of the '327 patent are anticipated by the Doré reference?

[A "Yes" answer is in favor of AMD/ATI, a "No" answer is in favor of SGI]

Yes_____      No_____

*If you answered "No" to Question No. 3, skip question No. 4 and proceed to Question No. 5.*

**Question No. 4:** If the answer to Question No. 3 is "Yes," which claim(s) of the '327 patent are anticipated by the Doré reference?

_____ Claim 5      _____Claim 6

3

**B.     Obviousness**

**Question No. 5:** Has AMD/ATI proved by clear and convincing evidence that the asserted claims of the '327 patent would have been obvious to a person of ordinary skill at the time of invention?

[A "Yes" answer is in favor of AMD/ATI, a "No" answer is in favor of SGI]

Yes_____     No_____

*If you answered "No" to Question No. 5, skip Question No. 6 and proceed to Question No. 7.*

**Question No. 6:** If the answer to Question No. 5 is "Yes," which claims of the '327 patent, if any, are obvious?

_____ Claim 2     _____Claim 3     _____ Claim 4

_____ Claim 5     _____ Claim 6     _____ No claims

**C.     Lack of Enablement**

**Question No. 7:** Has AMD/ATI proved by clear and convincing evidence that the '327 patent does not contain a sufficiently detailed description of the claimed inventions to enable one of ordinary skill in the art to make and use the full scope of the claimed inventions?

[A "Yes" answer is in favor of AMD/ATI, a "No" answer is in favor of SGI]

Yes_____     No_____

*If you answered "No" to Question No. 7, skip Question No. 8 and proceed to Question No. 9.*

**Question No. 8:** If the answer to Question No. 7 is "Yes," which claims of the '327 patent do not contain a sufficiently detailed description of the claimed invention to enable one of ordinary skill in the art to make and use the full scope of the claimed invention?

_____ Claim 2     _____Claim 3     _____ Claim 4

_____ Claim 5     _____ Claim 6

## II.     IMPLIED LICENSE

**Question No. 9:** Has AMD/ATI proved by a preponderance of the evidence that SGI's claims on the '327 patent are barred by implied license?

[A "Yes" answer is in favor of AMD/ATI, a "No" answer is in favor of SGI]

Yes_____     No_____

## III.     MICROSOFT LICENSE

**Question No. 10:** Has AMD/ATI proved by a preponderance of the evidence that SGI's claims on the '327 patent are barred by the SGI Microsoft Confidential Patent Agreement dated September 28, 2001?

[A "Yes" answer is in favor of AMD/ATI, a "No" answer is in favor of SGI]

Yes_____     No_____

**Presiding Juror:**_____          **Date:**_____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| SILICON GRAPHICS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.   06-CV-0611-BBC |
| v. | ) | |
| | ) | The Honorable Barbara B. Crabb |
| ATI TECHNOLOGIES, INC., | ) | |
| ATI TECHNOLOGIES ULC and | ) | |
| ADVANCED MICRO DEVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' PROPOSED SPECIAL VERDICT FORM

## DAMAGES PHASE

**<u>INTRODUCTION</u>**

AMD presents the attached verdict form for the damages phase of the case based on the jury questions currently at issue.  AMD will submit a revised proposed verdict form if the Court's rulings limit the jury questions at issue.

We, the jury in the above entitled action, find the following special verdict on the following questions submitted to us:

## U.S. PATENT NO. 6,650,327 (THE '327 PATENT)

## III.    DAMAGES

**Question No. 1:** Did SGI provide actual notice of infringement of the '327 patent by AMD/ATI?

Yes_____     No_____

**Question No. 2:** When did the damages suffered by SGI begin to accrue?  Your answer should take the form of a specific date.

Answer: _____

**Question No. 3:** What is the total revenue base of AMD/ATI sales upon which you find SGI's damages are calculated?  Your answer should take the form of a specific dollar ($) amount for each product family and should include the total revenue base.  If you did not find infringement for one or more product families, you should leave the space next to that product family blank.

R3xx: _____          R4xx: _____

R5xx: _____          R6xx: _____

<b>Total:</b> _____

**Question No. 4:** What is the royalty rate that applies to the revenue base that you identified in response to Question No. 3?  Your answer should take the form of a specific percentage.

Answer: _____

**Presiding Juror:**_____          **Date:**_____

Dated: April 13, 2011                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

BY: _____

                                  William H. Manning (*pro hac vice*)
                                  Aaron R. Fahrenkrog (*pro hac vice*)
                                  Jacob S. Zimmerman (*pro hac vice*)
                                  800 LaSalle Avenue, Suite 2800
                                  Minneapolis, Minnesota 55402-2015
                                  Phone: (612) 349-8500
                                  Facsimile: (612) 339-4181
                                  Email: whmanning@rkmc.com
                                            arfahrenkrog@rkmc.com
                                            jszimmerman@rkmc.com

GODFREY & KAHN, S.C.
                                  James D. Peterson
                                  One East Main Street, Suite 500
                                  Post Office Box 2719
                                  Madison, Wisconsin 53071-2719
                                  Phone: (608) 257-3911
                                  Facsimile: (608) 257-0609
                                  Email: JPeterso@gklaw.com

**ATTORNEYS FOR DEFENDANTS**

4